**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO.  2:12-cv-150 |
| | § | **LEAD CASE** |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| ROKU, INC., | § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  2:12-cv-151 |
| v. | § § | JURY TRIAL DEMANDED |
| NETFLIX, INC., | § § | |
| Defendant. | § | |

## ORDER

In consideration of the parties' Joint Motion to Dismiss of all claims with prejudice and all counterclaims as moot asserted between Plaintiff InMotion Imagery Technologies, LLC and Defendant Netflix, Inc., the Joint Motion to Dismiss is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" dated December 6, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 20th day of December, 2012.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE